1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MARISA KIRSCHENBAUER, State Bar No. 226729
   Supervising Deputy Attorney General
3  DANIEL DUAN, State Bar No. 294009
   Deputy Attorney General
4   1515 Clay Street, 20th Floor
    P.O. Box 70550
5   Oakland, CA  94612-0550
    Telephone:  (510) 879-0291
6   Fax:  (510) 622-2270
    E-mail:  Daniel.Duan@doj.ca.gov
7  *Attorneys for Defendant*
   *A. Dhillon*

8

                 IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                       SACRAMENTO DIVISION
11

12

13  **RONNIE CHEROKEE BROWN,**                 | 2:20-cv-02175-CKD P

14                              Plaintiff,      | **STIPULATION TO VOLUNTARY DISMISSAL OF DEFENDANT A. DHILLON WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii)**
15           v.

16
17  **A. DHILLON,**                            | Judge:        The Honorable Carolyn K. Delaney
                                Defendant.      | Trial Date:   Not Set
18                                              | Action Filed: October 29, 2020

19

20      Plaintiff Brown and Defendant Dhillon have resolved this case in its entirety, and stipulate

21  to a dismissal of this entire action with prejudice under Federal Rule of Civil Procedure

22  41(a)(1)(A)(ii).  Each party shall bear its own litigation costs and attorney's fees.

23  ///

24  ///

25  ///

26

27

28

                                    1

So Stipulated,

By:

Dated:  January 10, 2022

*/s/ Daniel Duan*
DANIEL DUAN
Deputy Attorney General
Attorney for Defendant

Dated:  January 3, 2022

Plaintiff in Pro Per

**ORDER**

The parties' stipulation to dismiss all claims with prejudice against Defendant Dhillon

under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is **GRANTED**.

Dated:  January 12, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE